PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871
(973) 729-8991
Attorneys for Leaf Funding, Inc.

_____/s/ Frank Peretore, Esq.
Frank Peretore, Esq.
FP #7020


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| LEAF FUNDING, INC., | : | Case Number: |
|  | : | Judge |
| Plaintiff, | : |  |
|  | : | ECF CASE |
| v. | : |  |
|  | : |  |
| ALLIANCE ENVIRONMENTAL TECHNOLOGIES, INC., JAMES SOLANO, LIGITA SOLANO ALLIANCE TECHNOLOGY GROUP, INC. and ATG EQUIPMENT, INC., | : | RULE 7.1 STATEMENT |
|  | : |  |
| Defendants. | : |  |

_____x

　　Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable district Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Leaf Funding, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

　　　　　　　Leaf Funding, Inc.

1

Leaf Financial Corporation

|  |  |
|---|---|
| Dated: 11/12/07 |    /s/ Frank Peretore, Esq. |

Frank Peretore, Esq.
PERETORE & PERETORE, P.C.
Attorneys for Plaintiff
110 Park Street, Staten Island NY 10306
(718) 667-8785