```
U.S. DISTRICT COURT                                            N
SOUTHERN, DISTRICT OF NEW YORK              Index # 07 CIV 10337
```

Plaintiff(s)
LEAF FUNDING, INC.,

Peretore & Peretore, P.C
191 Woodport Rd.,
Sparta, NJ 07871

- against -          AFFIDAVIT

Defendant(s)
ALLIANCE ENVIRONMENTAL TECHNOLOGIES, JAMES SOLANO, ET AL

Court Date:
Your File No:
Our Rec. No: 274251

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

Frank Sicilia, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen and resides in the State of New York.

That on 12/01/07 at 12:15PM at:

    421 NORTH LONG BEACH RD.,
    ROCKVILLE CENTRE, NY 11570

deponent served the within CIVIL COVER SHEET, SUM, COMPL, RULE 7.1, JUDGE SWEET'S RULES* on LIGITA SOLANO recipient therein named.

Service was made in the following manner after your deponent was unable with due dilligence to serve the recipient in person:

By delivering a true copy thereof to and leaving with JAMES SOLANO-CO-TENANT a person of suitable age and discretion at 421 NORTH LONG BEACH RD., ROCKVILLE CENTRE, NY the said premises being the recipient's dwelling place within the State of New York.
A description of the recipient or other person served on behalf of the recipient is as follows:
Approximate Age: 57    Approximate Weight: 190    Approximate Height: 5'10
Color of Skin: WHITE        Color of Hair: GRAY/BALD    Sex: MALE
*INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL PROCEDURES
FOR ELECTRONIC CASE FILING; GUIDELINES FOR ELECTRONIC CASE FILING

Spoke w/ JAMES SOLANO-CO-TENANT on 12/01/07 who confirmed his/her nonmilitary status.

Deponent also mailed a copy(ies) of same post paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked 'personal & confidential' and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office depository under exclusive care and custody of the United States Postal Service within New York State on 12/04/07.

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 12/04/07
Bruce J Smilowitz #01SM4965926
Notary Public, State of New York
Nassau County, Commission Expires 04/30/2010

Frank Sicilia

```
U.S. DISTRICT COURT                                              N
SOUTHERN, DISTRICT OF NEW YORK                    Index # 07 CIV 10337
```

Plaintiff(s)
LEAF FUNDING, INC.,

                       - against -                AFFIDAVIT

Defendant(s)
ALLIANCE ENVIRONMENTAL TECHNOLOGIES, JAMES SOLANO, ET AL

Court Date:
Your File No:
Our Rec. No: 274248

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

Frank Sicilia, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen and resides in the State of New York.

That on 12/01/07 at 12:15PM at:

    421 NORTH LONG BEACH RD., (PVT HSE)
    ROCKVILLE CENTRE, NY 11570

deponent served the within CIVIL COVER SHEET, SUM, COMPL, RULE 7.1, JUDGE SWEET'S RULES* on JAMES SOLANO recipient therein named.

By personally delivering to and leaving with said JAMES SOLANO a true copy thereof and that he knew the person so served to be the person mentioned and described in said CIVIL COVER SHEET####

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 57    Approximate Weight: 190    Approximate Height: 5'10
Color of Skin: WHITE           Color of Hair: GRAY/BALD    Sex: MALE
*INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL PROCEDURES FOR ELECTRONIC CASE FILING; GUIDELINES FOR ELECTRONIC CASE FILING

Spoke w/ JAMES SOLANO on 12/01/07 who confirmed his/her nonmilitary status.

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 12/04/07
Bruce J Smilowitz #01SM4965926
Notary Public, State of New York
Nassau County, Commission Expires 04/30/2010

                                                            Frank Sicilia