Peretore & Peretore

|  |  |
|---|---|
| COUNTY OF | INDEX NO: 07 CIV 10337 |
| UNITED STATES DISTRICT COURT | FILED ON: |
|  | DISTRICT: Southern/NY |

*Leaf Funding, Inc.*

vs                                                                                       Plaintiff(s)

*Alliance Environmental Technologies, Inc, et. al.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:        **AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____December 11, 2007_____, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed '

_____Summons in a Civil Case and Complaint with Civil Cover Sheet_____

_____, on

_____Alliance Environmental Technologies, Inc,_____

_____,

Defendant in this action, by delivering to and leaving with _____Donna Christie_____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section ___306 Business Corporation Law___.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by   ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age: _44 years_   Approx. weight: _130 lbs_   Approx. Ht.: _5'5"_
Sex: _female_   Color of skin: _white_   Color of hair: _brown_   Other: _____

Sworn to before me on ___December 11, 2007___

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*
Stephen L. Collen

Invoice•Work Order # 0710153

ORIGINAL

| | |
|---|---|
| UNITED STATES DISTRICT COURT | INDEX NO: 07 civ 103337 |
| COUNTY OF | FILED ON: November 14, 2007 |
| | DISTRICT: Southern/New York |

*Leaf Funding, Inc.*

vs                                                                                                    Plaintiff(s)

*Alliance Environmental Technologies, Inc., et. al.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:        **AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___December 11, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed '

___Summons in a Civil Case, Complaint with Civil Cover Sheet, Rule 7.1, Judge Sweet's Rules, Instructions for___

___Filing an Electronic Case or Appeal Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing___, on

___Alliance Technology Group Inc.___

Defendant in this action, by delivering to and leaving with ___Donna Christie___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section ___306 Business Corporation Law___.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by        ☐ Registered or
   ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
   to said defendant at: _____.
   Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:    Approx. Age: __44 years__    Approx. weight: __130 lbs__    Approx. Ht.: __5'5"__
Sex: __female__    Color of skin: __white__    Color of hair: __brown__    Other: _____

Sworn to before me on ___December 11, 2007___

*(signature)*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*(signature)*
Stephen L. Collen

Invoice·Work Order # 0710170