```
U.S. DISTRICT COURT of the STATE OF NEW YORK                              N
COUNTY OF SOUTHERN, NEW YORK                          Index # 07 CIV 10337
```

Plaintiff(s)
LEAF FUNDING, INC.,

Peretore & Peretore, P.C
191 Woodport Rd.,
Sparta, NJ 07871

- against -                    AFFIDAVIT

Defendant(s)
ALLIANCE ENVIRONMENTAL TECHNOLOGIES, JAMES SOLANO, ET AL

Court Date:
Your File No:
Our Rec. No: 277813

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

Frank Sicilia, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen and resides in the State of New York.

That on 01/08/08 at 3:10PM at:

   C/O LIGATA SOLANO, 421 NORTH LONG BEACH RD.,
   ROCKVILLE CENTRE, NY 11570

deponent served the within CIVIL COVER SHEET, SUM, COMPL, RULE 7.1, JUDGE SWEET'S RULES*
on ATG EQUIPMENT, INC., recipient therein named.
Service was made in the following manner after your deponent was
unable with due dilligence to serve the recipient in person:
BY AFFIXING a true copy thereof to the door of said premises, the
last known address as verified by the attorney's records.
Place of employement could not be ascertained.
AFFIXED

Deponent had previously attempted to serve the above named recipient on:
12/27/07-6:31PM,12/29-3:40PM,12/31-7:33AM,1/3/08-7:33AM
*INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL PROCEDURES
FOR ELECTRONIC CASE FILING

Deponent also mailed a copy(ies) of same post paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked 'personal & confidential' and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office depository under exclusive care and custody of the United States Postal Service within New York State on 01/10/08.

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 01/10/08
Timothy L. Compton #01CO6035895
Notary Public, State of New York
Nassau County, Commission Expires 01/10/2010

Frank Sicilia