UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

LEAF FUNDING, INC.,

                Plaintiff,

  - against -

ALLIANCE ENVIRONMENTAL TECHNOLOGIES,
INC., JAMES SOLANO, LIGITA SOLANO,
ALLIANCE TECHNOLOGY GROUP, INC. and
ATG EQUIPMENT, INC.,

                Defendants.

------------------------------------------X

07 Civ. 10337 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

Sweet, D.J.,

      Plaintiff's motion for default judgment, dated March 20, 2008, will be heard on submission, without oral argument, **on Wednesday, April 23, 2008, at U.S. Courthouse, 500 Pearl Street, New York, NY, in Courtroom 18C.** All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
March 24, 2008

                                            _____
                                            ROBERT W. SWEET
                                                U.S.D.J.