```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

LEAF FUNDING, INC.,

                Plaintiff,

  - against -

ALLIANCE ENVIRONMENTAL TECHNOLOGIES,
INC., JAMES SOLANO, LIGITA SOLANO,
ALLIANCE TECHNOLOGY GROUP, INC. and
ATG EQUIPMENT, INC.,

                Defendants.

------------------------------------X

07 Civ. 10337 (RWS)

O R D E R

**Sweet, D.J.,**

      Plaintiff, having filed this action electronically and in accordance with this Court's Procedures For Electronic Case Filing, and Defendants James Solano and Ligita Solano, having advised the Court that they intend to proceed pro se, it is hereby ordered that this action be exempt from electronic case filing and that all future filings be made in the traditional manner according to the rules of this Court. Counsel shall submit documents to the Cashier's Office and pro se Defendants, James and Ligita Solano, shall submit documents to the Pro Se Office. All parties are advised that service of all future documents should be made in the traditional manner according to the rules of this Court, by mail or personal service.

Defendants James and Ligita Solano are advised that they may consult the Pro Se Office (Room 230 of this Courthouse, (212) 805-0175) if they have any questions regarding the rules or procedures of this Court. All communications from pro se litigants with the Court must be done through the Pro Se Office. See In Re Pro Se Litigation, Standing Order M10-468, Doc. 58 (S.D.N.Y. Oct. 31, 1996).

It is so ordered.

New York, NY
April 23, 2008

ROBERT W. SWEET
U.S.D.J.