UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

LEAF FUNDING, INC.,

                  Plaintiff,

   - against -

ALLIANCE ENVIRONMENTAL TECHNOLOGIES,
INC., JAMES SOLANO, LIGITA SOLANO,
ALLIANCE TECHNOLOGY GROUP, INC. and
ATG EQUIPMENT, INC.,

                  Defendants.

------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4|30|08

07 Civ. 10337 (RWS)

O R D E R

Sweet, D.J.,


      Defendants' ``Motion to Halt Auction of Equipment,'' dated
April 15, 2008, will be heard on submission, without oral argument,
on Wednesday, May 7, 2008, at U.S. Courthouse, 500 Pearl Street,
New York, NY, in Courtroom 18C.  All motion papers shall be served
in accordance with Local Civil Rule 6.1.


      It is so ordered.


New York, NY
April 28 2008

_____
ROBERT W. SWEET
U.S.D.J.