UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

------------------------------------------------x

Case number 07CTV10337
Judge Sweet

LEAF FUNDING,

    Plaintiff,

ECF CASE

    v.

ALLIANCE ENVIRONMENTAL TECHNOLOGIES,
INC. JAMES SOLANO LIGITA SOLANO
ALLIANCE TECHNOLOGY INC.
And ATG EQUIPMENT,INC.
    Defendants.

MOTION TO Halt
Auction Of Equipment (and irreparable injury)

*The defendants having failed to establish probability of success on the merits, this motion is denied. So ordered.*

*Sweet USDJ 5-14-08*

TO    Peretore & Peretore P.C.
       191 Woodport Road
       Sparta, New Jersey 07871
       973/729-8991

Whereupon the recipe of the documents via mail in April 14, 2008 and reading same, Both James Solano and Ligita Solano acting as Pro se ask this court To Halt the Auction Sale of the Equipment as out lined in EXIBIT 1, and allow this matter to be heard by this court with an Affirmative defense and Damages to the Plaintiffs James And Ligita Solano. And allow James Solano and Ligita Solano ample time to answer this motion with an Affirmative Defense and Counter claim for Damages to the Defendants.

What the Plaintiff has failed to disclose, is that while the defendants admit that Leaf Funding provided some of the funds described in their claims. Leaf took Control, of the Titles to the equipment in question and denied the use of the titles and the right to the plaintiff's the use of the equipment (the ability to register) in the course of normal business. In FACT rendering the equipment useless. and unable the use of the equipment and provide the ability to carry on daily business. Under the terms of the lease (EXIBIT 2) the Defendants assumed that they would be able to freely use the equipment to provide the cash flow to repay this Loan. While the Defendants asked again and again for the titles to be able to either sell or use the equipment in the manner of normal business. The answer to the constant requests, over a period of ONE YEAR, went unanswered due to the lack of experience employee's at Leaf. These requests went unanswered for over a

year while the Defendants made payments to Leaf. (EXIBIT3) The Equipment laid useless and causing great financial Harm to the Plaintiff's and the business.

The Defendants ask this Court to HALT the sale of this equipment until such time as this court rules on the merits of the cas at hand and allow the defendants To present an Affirmative **Defense** and **Counter claim** for damages in this case.

The Defendants James and Ligita certify that a registered copy of this Motion has benn sent registered return reply was sent .to

TO; PERTORE & PERTORE, P.C.
     191 Woodport Road
     Sparta, New Jersey 07871

By_____
    James Solano

Date: April 15,2008

By_____
    Ligita Solano