PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871
(973) 729-8991
Attorneys for Leaf Funding, Inc.

_____/s/ Frank Peretore, Esq._____
Frank Peretore, Esq.
FP #7020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

RECEIVED
MAR 2 0 2008
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| LEAF FUNDING, INC., | Case Number: 07 CIV 10337 |
| | Judge Sweet |
| Plaintiff, | |
| | ECF CASE |
| v. | |
| ALLIANCE ENVIRONMENTAL TECHNOLOGIES, INC., JAMES SOLANO, LIGITA SOLANO ALLIANCE TECHNOLOGY GROUP, INC. and ATG EQUIPMENT, INC., | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| Defendants. | |

------------------------------------------------------------x

TO:   Alliance Environmental Technologies, Inc.
      490 East 132nd Street
      Bronx, New York 10454

      James Solano
      421 North Long Beach Road
      Rockville Centre, New York 11570

      Ligita Solano
      421 North Long Beach Road
      Rockville Centre, New York 11570

*Handwritten note by Judge Sweet:* This motion is granted as to the corporate defendants who have not appeared. The individual defendants are granted an additional 20 days to move or answer. Submit judgment as to the corporate defendants. So ordered. Sweet USDJ 6·13·08

Alliance Technology Group, Inc.
490 East 132nd Street
Bronx, New York 10306

ATG Equipment, Inc.
c/o Ligita Solano
421 North Long Beach Road
Rockville Centre, New York 11570

SIRS:

PLEASE TAKE NOTICE that on April 23, 2008, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for plaintiff will apply to the above named Court located at U.S. Courthouse, 300 Quarropas Street, White Plains, New York 10601 for an Order of Default Judgment pursuant to FRCP 55(b)(2) against defendants for failure to answer or otherwise move with regard to the Complaint.

PLEASE TAKE FURTHER NOTICE that plaintiff shall rely upon an Affidavit of Service, Affidavit of Amount Due and Non-Military Service and Request for Entry of Default. Also, a proposed form of Judgment is enclosed.

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested only if opposition is timely filed and received.

PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871
Attorneys for Plaintiff

By: _____
Frank Peretore, Esq.

Dated: March 19, 2008

CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the within request for entry of default judgment and supporting papers to be served, via **certified** and **ordinary** mail, upon the defendants as follows:

>Alliance Environmental Technologies, Inc.
>490 East 132nd Street
>Bronx, New York 10454

>James Solano
>421 North Long Beach Road
>Rockville Centre, New York 11570

>Ligita Solano
>421 North Long Beach Road
>Rockville Centre, New York 11570

>Alliance Technology Group, Inc.
>490 East 132nd Street
>Bronx, New York 10306

>ATG Equipment, Inc.
>c/o Ligita Solano
>421 North Long Beach Road
>Rockville Centre, New York 11570

Dated: March 19, 2008         By: _____
                                   Frank Peretore, Esq.