PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871
(973) 729-8991
Attorneys for Leaf Funding, Inc.


　　　　　/s/ Frank Peretore, Esq.
Frank Peretore, Esq.
FP #7020



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------------x
                                            :      Case Number:  07 CIV 10337
LEAF FUNDING, INC.,                         :      Judge Sweet
                                            :
      Plaintiff,                            :             ECF CASE
                                            :
      v.                                    :
                                            :
ALLIANCE ENVIRONMENTAL TECHNOLOGIES,        :      NOTICE OF SETTLEMENT
INC., JAMES SOLANO, LIGITA SOLANO           :
ALLIANCE TECHNOLOGY GROUP, INC. and ATG     :
EQUIPMENT, INC.,                            :
                                            :
      Defendants.                           :
_____x
```

SIRS:

    PLEASE TAKE NOTICE that the attached ORDER AND DEFAULT JUDGMENT of which the

within is a true copy will be presented for settlement to the Honorable Robert W. Sweet of the Federal

Court of New York, Southern District on July 3, 2008.

Dated:  Staten Island, New York


　　　　　　　　　　　　　　　　　　 /s/  Frank Peretore, Esq.
　　　　　　　　　　　　　　　　　　Frank Peretore, Esq.
　　　　　　　　　　　　　　　　　　PERETORE & PERETORE, PC
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　110 Park Street
　　　　　　　　　　　　　　　　　　Staten Island, New York 10306
　　　　　　　　　　　　　　　　　　(718) 667-8785

TO:　　　　Alliance Environmental Technologies, Inc.
　　　　　　　490 East 132nd Street
　　　　　　　Bronx, New York 10454

James Solano
421 North Long Beach Road
Rockville Centre, New York 11570

Ligita Solano
421 North Long Beach Road
Rockville Centre, New York 11570

Alliance Technology Group, Inc.
490 East 132nd Street
Bronx, New York 10306

ATG Equipment, Inc.
c/o Ligita Solano
421 North Long Beach Road
Rockville Centre, New York 11570

PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871
(973) 729-8991
Attorneys for Leaf Funding, Inc.


_____/s/ Frank Peretore, Esq._____
Frank Peretore, Esq.
FP #7020




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
|  | : | Case Number:  07 CIV 10337 |
| LEAF FUNDING, INC., | : | Judge Sweet |
|  | : |  |
| Plaintiff, | : | ECF CASE |
|  | : |  |
| v. | : |  |
|  | : |  |
| ALLIANCE ENVIRONMENTAL TECHNOLOGIES, | : | ORDER AND DEFAULT |
| INC., JAMES SOLANO, LIGITA SOLANO | : | JUDGMENT AS AGAINST |
| ALLIANCE TECHNOLOGY GROUP, INC. and ATG | : | DEFENDANTS ALLIANCE |
| EQUIPMENT, INC., | : | ENVIRONMENTAL |
|  | : | TECHNOLOGIES, INC., |
| Defendants. | : | ALLIANCE TECHNOLOGY |
| _____x | | GROUP, INC. and ATG |
|  | | EQUIPMENT, INC. |

This matter having come before the Court by motion of counsel for the plaintiff ("Leaf

Funding") seeking entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2)

against the defendants for failure to answer or otherwise move in response to the Complaint which

was duly served upon them; and said defendants being in default of payment obligations to the

plaintiff and the defendants; and the plaintiff having submitted an Affidavit of Amount Due and

Non-Military Service and pursuant to Judge Sweet's decision, judgment is hereby entered against the

corporate defendants, to wit, Alliance Environmental Technologies, Inc., Alliance Technology

Group, Inc. and ATG Equipment, Inc.;

**THE COURT FINDS:**

1. This Court has jurisdiction of the subject matter of all counts of this action and over all the

parties hereto.

2. The defendants, Alliance Environmental Technologies, Inc., Alliance Technology Group,

Inc. and ATG Equipment, Inc. were duly served with the Summons and Complaint.

3. The time to respond to the Summons and Complaint has expired and the defendants failed

to respond.

4. A default judgment in this action is hereby to be entered in favor of Leaf Funding, Inc. and

against Alliance Environmental Technologies, Inc., Alliance Technology Group, Inc. and ATG

Equipment, Inc., jointly and severally.

**IT IS, THEREFORE ORDERED AND ADJUDGED**, that Leaf Funding, Inc. recover

from, Alliance Environmental Technologies, Inc., Alliance Technology Group, Inc. and ATG

Equipment, Inc., jointly and severally, the sum of $265,439.43 plus attorneys' fees in the amount of

$4,912.09 for a total of $270,351.52; and it is further

**ORDERED**, that plaintiff shall have immediate and permanent title and possession to the

equipment ("the equipment") subject to the transactions described in the Complaint and motion

papers, which has not been returned to plaintiff, and which is described on **EXHIBIT A** hereto; and

it is further

ORDERED, that the defendants Alliance Environmental Technologies, Inc., Alliance

Technology Group, Inc. and ATG Equipment, Inc., shall properly maintain said equipment and

return it to plaintiff or its agents within five (5) days hereof and fully cooperate in said return; and it

is further

ORDERED, in the event that plaintiff takes possession of the equipment, plaintiff shall

attempt to dispose of said personal property in a commercially reasonable manner in accordance with

the New York Uniform Commercial Code and the net proceeds from said sale, if any, after deduction

of reasonable expenses of retaking, holding, preparing for sale, selling and the like, shall be applied

to reduce the amount of the Judgment herein; and it is further

ORDERED, that a copy of this Order and Judgment shall be served upon defendants within

_____ days of receipt of same by plaintiff's counsel.

SO ORDERED, this _____ day of _____, 2008.


_____
Honorable Robert Sweet, United States District Judge

**EXHIBIT A**

ATTACHMENT A
TO MASTER LEASE SCHEDULE NO. 1
ISSUED PURSUANT TO THAT CERTAIN MASTER LEASE
AGREEMENT DATED APRIL 11, 2006
BY AND BETWEEN
ALLIANCE ENVIRONMENTAL TECHNOLOGIES, INC. ("LESSEE") AND
LEAF FUNDING, INC. ("LESSOR")

<u>SYSTEM DESCRIPTION:</u>

1 – 2001 Freightliner – Mdl:ML60 w/24' Morgan body (VIN# 1FVABPAK71HH00034)
10- 2005 Cheetah Double Drop Trailers (Vin #s:  5EF2SC4075B761298, 5EF2SC4095B761299, 5EF2SC4015B761300,
    5EF2SC4035B761301, 5EF2SC4005B761305, 5EF2DF4205B761186, 5EF2DF4235B761179, 5EF2DF42X5B761180,
    5EF2DF4225B761187, and 5EF2DF4245B761188)

| LESSOR: LEAF FUNDING, INC. | LESSEE: Alliance Environmental Technologies, Inc. |
|---|---|
| By: | By: |
| Print Name: | Print Name:  J. Solom |
| Title:  W of OPS, | Title:  V. P |
| Date:  4/27/06 | Date:  4-14-06 |

© LEAF Funding, Inc. 2003, all rights reserved.                   4-23-03

 **LEAF**
FINANCIAL
CORPORATION

SCHEDULE A TO
**Restructure of Lease Agreement,**
**Dated November 27, 2006**
**BY Alliance Environmental Technologies, Inc.**
**("Lessee")**
**IN FAVOR OF LEAF FUNDING, INC.**
**COLLATERAL DESCRIPTION:**

ATG Containers S/N#:

AWIN 6603
AWIN 6512
AWIN 6989
AWIN 6053
AWIN 6697
AWIN 6170
AWIN 6852
AWIN 6826
AWIN 7245
AWIN 6895
AWIN 6616
AWIN 6617

Collateral Location:

ATG Equipment, Inc
55 Fulkerson Drive
Waterbury, CT  06708

BORROWER: Alliance Environmental Technologies, Inc.

BY: _____

PRINT NAME: _____

TITLE: _____

DATE: __11/30/06_____

witness to signature

*Laura Ortiz*

LAURA ORTIZ
Notary Public, State of New York
No. 01OR5052644
Qualified in Queens County
Commission Expires Nov. 27, 2009

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Phone (800) 331-3282    Fax (818) 662-4141

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC Direct Services
P.O. Box 29071
Glendale, CA 91209-9071

NY, Secretary of State

IMAGE REFLECTS DATA FROM AN ELECTRONIC FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

1b. INDIVIDUAL'S LAST NAME: Solano | FIRST NAME: James | MIDDLE NAME: J. | SUFFIX

1c. MAILING ADDRESS: 421 North Long Beach Road | CITY: Rockville Center | STATE: NY | POSTAL CODE: 11570 | COUNTRY: US

1d. TAX ID #: SSN OR EIN: 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 | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any: NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

2b. INDIVIDUAL'S LAST NAME: Solano | FIRST NAME: Ligita | MIDDLE NAME: I. | SUFFIX

2c. MAILING ADDRESS: 421 North Long Beach Road | CITY: Rockville Center | STATE: NY | POSTAL CODE: 11570 | COUNTRY: US

2d. TAX ID #: SSN OR EIN: 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 | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any: NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: LEAF Funding, Inc.

3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS: 1818 Market St., 9th Floor | CITY: Philadelphia | STATE: PA | POSTAL CODE: 19103 | COUNTRY: US

4. This FINANCING STATEMENT covers the following collateral:

All "equipment" and "inventory" (as such is defined in the UCC) of the Debtors now owned or possessed or hereafter acquired, whether new or used, together with any additions, accessories and accessions now or hereafter attached thereto, substitutions therefor and proceeds thereof, and including, without limitation, all proceeds of any insurance covering the equipment and inventory, all tangible and intangible personal property owned or possessed by Debtors, all cash, cash equivalents, accounts, accounts receivable, contract rights, chattel paper, customer lists, goodwill and all proceeds of same. Debtors may not dispose of any of the Collateral without the prior written consent of Secured Party, notwithstanding the fact that proceeds constitute a part of the Collateral.

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2

8. OPTIONAL FILER REFERENCE DATA 10040954    Philadelphia

21356903

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871
(973) 729-8991
Attorneys for Leaf Funding, Inc.


_____/s/ Frank Peretore, Esq.
Frank Peretore, Esq.
FP #7020



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------------------x
                                                :     Case Number:  07 CIV 10337
LEAF FUNDING, INC.,                             :     Judge Sweet
                                                :
     Plaintiff,                                 :            ECF CASE
                                                :
     v.                                         :
                                                :
ALLIANCE ENVIRONMENTAL TECHNOLOGIES,            :     AFFIDAVIT OF MAILING
INC., JAMES SOLANO, LIGITA SOLANO               :
ALLIANCE TECHNOLOGY GROUP, INC. and ATG         :
EQUIPMENT, INC.,                                :
                                                :
     Defendants.                                :
_____x
```

STATE OF NEW JERSEY    :
                                 : SS.:
COUNTY OF SUSSEX       :


        I, Marlene Meyers, am over 18 years of age and am not a party to this action, being duly sworn

according to law, SAY:

        1.  On June 18, 2008, I mailed a copy of the Notice of Settlement, proposed Order, and

Affidavit of Mailing, to the defendants as follows:

                Alliance Environmental Technologies, Inc.
                490 East 132nd Street

Bronx, New York 10454

James Solano
421 North Long Beach Road
Rockville Centre, New York 11570

Ligita Solano
421 North Long Beach Road
Rockville Centre, New York 11570

Alliance Technology Group, Inc.
490 East 132nd Street
Bronx, New York 10306

ATG Equipment, Inc.
c/o Ligita Solano
421 North Long Beach Road
Rockville Centre, New York 11570

which were deposited into a United States Mail Depository located at 1 Main Street, Unionville, New

York 10988.


                                        /s/ Marlene Meyers
                                        Marlene Meyers

Sworn to and subscribed
before me this 18th day
of June, 2008.


   /s  Erin C. Clayton
Erin C. Clayton
Notary Public of New Jersey
My Commission Expires 05/16/2011