PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871
(973) 729-8991
Attorneys for Leaf Funding, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

/s/ Frank Peretore, Esq.
Frank Peretore, Esq.
FP #7020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LEAF FUNDING, INC.,                           :   Case Number: 07 CIV 10337
                                              :   Judge Sweet
    Plaintiff,                                :
                                              :   ECF CASE
    v.                                        :
                                              :
ALLIANCE ENVIRONMENTAL TECHNOLOGIES,           :   ORDER AND DEFAULT
INC., JAMES SOLANO, LIGITA SOLANO              :   JUDGMENT AS AGAINST
ALLIANCE TECHNOLOGY GROUP, INC. and ATG        :   DEFENDANTS ALLIANCE
EQUIPMENT, INC.,                              :   ENVIRONMENTAL
                                              :   TECHNOLOGIES, INC.,
    Defendants.                                :   ALLIANCE TECHNOLOGY
                                              X   GROUP, INC. and ATG
                                                  EQUIPMENT, INC.

This matter having come before the Court by motion of counsel for the plaintiff ("Leaf Funding") seeking entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) against the defendants for failure to answer or otherwise move in response to the Complaint which

1

was duly served upon them; and said defendants being in default of payment obligations to the plaintiff and the defendants; and the plaintiff having submitted an Affidavit of Amount Due and Non-Military Service and pursuant to Judge Sweet's decision, judgment is hereby entered against the corporate defendants, to wit, Alliance Environmental Technologies, Inc., Alliance Technology Group, Inc. and ATG Equipment, Inc.;

**THE COURT FINDS:**

1. This Court has jurisdiction of the subject matter of all counts of this action and over all the parties hereto.

2. The defendants, Alliance Environmental Technologies, Inc., Alliance Technology Group, Inc. and ATG Equipment, Inc. were duly served with the Summons and Complaint.

3. The time to respond to the Summons and Complaint has expired and the defendants failed to respond.

4. A default judgment in this action is hereby to be entered in favor of Leaf Funding, Inc. and against Alliance Environmental Technologies, Inc., Alliance Technology Group, Inc. and ATG Equipment, Inc., jointly and severally.

**IT IS, THEREFORE ORDERED AND ADJUDGED**, that Leaf Funding, Inc. recover from, Alliance Environmental Technologies, Inc., Alliance Technology Group, Inc. and ATG Equipment, Inc., jointly and severally, the sum of $265,439.43 plus attorneys' fees in the amount of $4,912.09 for a total of $270,351.52; and it is further

**ORDERED**, that plaintiff shall have immediate and permanent title and possession to the

equipment ("the equipment") subject to the transactions described in the Complaint and motion papers, which has not been returned to plaintiff, and which is described on **EXHIBIT A** hereto; and it is further

**ORDERED**, that the defendants Alliance Environmental Technologies, Inc., Alliance Technology Group, Inc. and ATG Equipment, Inc., shall properly maintain said equipment and return it to plaintiff or its agents within five (5) days hereof and fully cooperate in said return; and it is further

**ORDERED**, in the event that plaintiff takes possession of the equipment, plaintiff shall attempt to dispose of said personal property in a commercially reasonable manner in accordance with the New York Uniform Commercial Code and the net proceeds from said sale, if any, after deduction of reasonable expenses of retaking, holding, preparing for sale, selling and the like, shall be applied to reduce the amount of the Judgment herein; and it is further

**ORDERED**, that a copy of this Order and Judgment shall be served upon defendants within _five_ days of receipt of same by plaintiff's counsel.

**SO ORDERED**, this ___ day of _July_, 2008.

_____
Honorable Robert Sweet, United States District Judge