UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

LEAF FUNDING, INC.,

                Plaintiff,

    - against -

JAMES SOLANO and LIGITA SOLANO,

                Defendants.

------------------------------------------X

07 Civ. 10337 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/09

Sweet, D.J.,

        Plaintiff's motion to compel, dated June 4, 2009, will be heard on submission, without oral argument, on June 24, 2009. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

New York, NY
June 17, 2009

                              ROBERT W. SWEET
                                  U.S.D.J.