UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

LEAF FUNDING, INC.,

               Plaintiff,

   - against -

JAMES SOLANO and LIGITA SOLANO,

               Defendants.

----------------------------------------X

07 Civ. 10337 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/09

**Sweet, D.J.,**

      Plaintiff's Motion to Dismiss Defendants' Answer, Affirmative Defenses, and Counterclaims, dated August 4, 2009, will be heard on submission, without oral argument, on September 2, 2009. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
August /2, 2009

ROBERT W. SWEET
U.S.D.J.